IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | CIVIL ACTION NO. 06-586 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| MICHAEL P. WILSON, SR. and JACOB GRAY FAIRMAN, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 20th day of November, 2006, and upon review of all Parties' Stipulation for Dismissal, all parties being duly noticed and this Honorable Court being fully advised, said Stipulation is entered.

IT IS HEREBY ORDERED:

1. The November 6, 2006 Order is hereby vacated

2. Plaintiff is granted attorneys' fees in the amount of $1,668.00 and expenses in the amount of $499.77, payable from the proceeds of the policy at issue

3. The remainder of the policy, $154,832.32 shall be payable as follows:

    i. $77,416.16 payable to Michael P. Wilson, Sr. and Simpson, Kablack & Bell, his counsel.
    ii. $77,416.16 payable to Jacob Gray Fairman and Pietragallo, Bosick & Gordon LLP, his counsel

4. Plaintiff is absolved of all liability to either of the defendants herein in any way related to the accidental death and dismembership policy issued by plaintiff to the late Doyle A. Fairman.

5. The November 6, 2006 status conference is hereby cancelled.

*This case is closed.*

BY THE COURT:

_____, J.